Claire Abrams, Appellee, v. George Abrams, Appellant.

Gen. No. 47,071.

First District, Second Division.
October 22, 1957.
Rehearing denied November 15, 1957.
Released for publication December 4, 1957.

Adolph L. Haas (Adolph L. Haas, of counsel) for appellant; Wexler & Wexler and Cohon & Goldstein, for appellee. Opinion by JUDGE FEIN-BERG. Not to be published in full.